IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br><br> vs. <br><br><br> RANDY LYNN HARVEY, <br><br> Defendant. | MEMORANDUM DECISION AND ORDERORDER GRANTING DEFENDANT'S MOTION TO DISCLOSE IDENTITY OF CONFIDENTIAL SOURCES <br><br><br><br> Case No. 2:09-CR-190-TS |

This matter is before the Court on Defendant's Motion for Disclosure of Confidential Informants.

**I. Discussion**

Defendant believes that the Government's confidential informants have exculpatory information and requests disclosure of their identities. The Government does not dispute the motion and has agreed to turn over all requested information according to *Giglio v. United States*.[1] Based on the above, the Court will grant Defendant's Motion.

---

[1] 405 U.S. 150 (1972).

1

It is therefore

ORDERED that Defendant's Motion for Disclosure of Confidential Informants (Docket No. 36) is GRANTED.

DATED   October 5, 2009.

BY THE COURT:

_____
TED STEWART
United States District Judge